AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED #1449629 1/30/74

08 FEB 25 AM 9:13

CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

05301-359

BY DEPUTY

UNITED STATES OF AMERICA

V.

MARTIN BAHENA-MORENO

## WARRANT FOR ARREST

CASE NUMBER: 08 MJ 0433

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MARTIN BAHENA-MORENO

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition ☐ Pretrial Violation

charging him or her with (brief description of offense)

Harboring illegal aliens.
Deported alien found in the U.S.

DATE 2/13/08
ARRESTED BY U.S. Border Patrol
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY Maria

RECEIVED
2008 FEB 15 A 11:14
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title 8 United States Code, Section(s) 1324 & 1326

| | |
|---|---|
| ANTHONY J. BATTAGLIA<br>U.S. MAGISTRATE JUDGE | |
| Name of Issuing Officer | Title of Issuing Officer |
| | FEB 14 2008 San Diego, California |
| Signature of Deputy | Date and Location |

Bail fixed at $ [to be set upon first appearance] by The Honorable Anthony J. Battaglia

Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ______________________

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS II 'J' USBP 0303