RECEIVED
2008 MAR 20 A 12: 34

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08mj0433

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 08cr0807-JM |
| vs. | ORDER |
| Martin Bahena-Moreno | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. 05307359 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Felix Luis-Lopez

DATED: 3.20.08

**William McCurine**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________________
**DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** [signature]

**Deputy Clerk**